**Order entered October 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00479-CR

**RONALD GLENN HORNSBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-10808-86-F**

## ORDER

Before the Court is appellant's October 21, 2018 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **November 20, 2018**. If appellant's brief is not filed by November 20, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    CRAIG STODDART
JUSTICE